JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VERITY WIRELESS INC., a Colorado corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SPRINT SOLUTIONS INC., a Missouri corporation,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-02841-DSF-MRW<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION**<br><br>Assigned to Hon. Dale S. Fischer<br>Courtroom 7D<br><br>Action Filed:　March 26, 2020 |

　　The Court, having considered the Stipulation to Dismiss Action (the "Stipulation") filed by Plaintiff Verity Wireless Inc. and Defendant Sprint Solutions Inc. ("Sprint") (collectively, the "Parties"), and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved.
2. The First Amended Complaint, in its entirety, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
3. The Parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this matter.

　　IT IS SO ORDERED.

DATED: June 2, 2020

　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3652375.1